[No. 2360–2.   Division Two.   July 22, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN A. PHILLIPS, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. C–2306, Bertil E. Johnson, J. Pro Tem., entered March 29, 1976. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrie, C.J., and Pearson, J.

[No. 2387–2.   Division Two.   July 22, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES P. DOLAN, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 65998, John H. Kirkwood, J., entered May 7, 1976. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrie, C.J., and Pearson, J.

[No. 4017–1.   Division One.   July 25, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD ROY ANDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 72442, Solie M. Ringold, J., entered August 1, 1975. *Dismissed* by unpublished per curiam opinion.

[No. 4533–1.   Division One.   July 25, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT PATRICK POWELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 75117, James W. Mifflin, J., entered February 18, 1976. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow and Andersen, JJ.